

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-82,279-01

### EX PARTE TRAVIS WADE COLEMAN, JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 66103-A IN THE 23RD DISTRICT COURT
### FROM BRAZORIA COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to thirty-three years' imprisonment. The First Court of Appeals affirmed his conviction. *Coleman v. State*, No. 01-13-00038-CR (Tex. App.—Houston [1st Dist.] 2014).

Applicant contends, among other things, that appellate counsel failed to inform him that his conviction had been affirmed. Appellate counsel filed an affidavit with the trial court, and the trial court recommended that we grant Applicant an out-of-time petition for discretionary review. *Ex*

*parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997).

We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the First Court of Appeals in cause number 01-03-00038-CR that affirmed his conviction in cause number 66103 from the 23rd District Court of Brazoria County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues. Applicant's remaining grounds are dismissed. *Ex parte Torres*, 943 S.W.2d 469 (Tex. Crim. App. 1997).

Delivered: November 26, 2014
Do not publish